IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LYLE AND SANDRA MAGES, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>PICARD CORPORATION, INC., and PICARD CORPORATION, INC. d/b/a STEP SAVER TRANSPORTATION; and PICARD CORPORATION, INC. d/b/a UTAH STEP SAVER; and STEP SAVER SHARED SERVICES, LLC; and STEP SAVER, INC.; BRENT RUSSELL HENSLEY, and XYZ Companies or Corporations 1-10; John or Jane Does, 1-10,<br><br>Defendants. | CV 22-02-BLG-SPW<br><br>ORDER SETTING SCHEDULING CONFERENCE |

Upon the Court's own motion,

IT IS ORDERED that a <u>telephonic</u> scheduling conference will be conducted on **Thursday, June 8, 2023 at 9:30 a.m.**. The purpose of this scheduling conference is to set a trial date and related deadlines. Counsel shall appear telephonically by following these steps:

1. Dial: 1-669-254-5252
2. When Prompted Enter Meeting ID: 161 474 66922
3. Press: # #

The clerk is directed to notify counsel of the entry of this Order.

DATED this 24th day of May, 2023.

_____
SUSAN P. WATTERS
United States District Judge