IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LYLE and SANDRA MAGES, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>PICARD CORPORATION, INC., and PICARD CORPORATION, INC. d/b/a STEP SAVER TRANSPORTATION; and PICARD CORPORATION, INC. d/b/a UTAH STEP SAVER; and STEP SAVER SHARED SERVICES, LLC; and STEP SAVER, INC.; BRENT RUSSELL HENSLEY, and XYZ Companies or Corporations 1-10; John or Jane Does, 1-10,<br><br>Defendants. | CV 22-02-BLG-SPW<br><br>ORDER RESETTING FINAL PRETRIAL CONFERENCE |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Final Pretrial Conference presently set for Wednesday, October 11, 2023 at 1:30 p.m. is **VACATED** and **RESET** for **Thursday, October 12, 2023 at 9:00 a.m.** in the Snowy Mountains Courtroom of the James F. Battin U.S. Courthouse, Billings, Montana.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 15th day of August, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge