UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LYLE AND SANDRA MAGES,<br><br>Plaintiff,<br><br>vs.<br><br>PICARD CORPORATION INC. et al.,<br><br>Defendants. | CV-22-2-BLG-SPW<br><br>ORDER |

IT IS HEREBY ORDERED that the Clerk of Court may provide meals for the jurors during their deliberations in the above-entitled case.

DATED this 23rd day of October, 2023.

_Susan P. Watters_
Honorable Susan P. Watters
United States District Judge