IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LYLE and SANDRA MAGES, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>PICARD CORPORATION, INC. dba STEP SAVER TRANSPORTATION,<br><br>Defendant. | Cause No.: CV-22-02-BLG-SPW-KLD<br><br>**SPECIAL VERDICT FORM** |

WE THE JURY, being duly impaneled and sworn upon oath, and all of us agreed upon a verdict, making the following answers to the questions submitted to us (NOTE: All of you must agree as to each answer).

1. Was Picard Corporation, through its employee, negligent?

   Yes__X__        No_____

2. Was Picard Corporation, through its employee's, negligence a cause (substantial factor) of injury to the Plaintiffs?

   Yes__X__        No_____

3. Was Plaintiff Lyle Mages negligent?

   Yes_____        No__X__

If your answer to Question 3 is "yes," please answer Question 4. If your answer to Question 3 is "no," do not answer Question 4 or 5 and proceed to Question 6.

4. Was Lyle Mages' negligence a cause (substantial factor) of injury to the Plaintiffs?

Yes_____    No_____

If your answer to Question 4 is "yes," please answer Question 5. If your answer to Question 4 is "no," do not answer Question 5 and proceed to Question 6.

5. What percentage of total fault do you attribute to each driver? Your apportionment of fault must equal 100%

Plaintiff Lyle Mages          _____
Defendant Picard's employee   _____

6. Without any deduction for percentages in Number 5 (if any), what is the total amount of damages Plaintiff Lyle Mages has proven to you by a preponderance of the evidence he has suffered as a result of the accident?

$ __4,000__ for pain and suffering

$ __10,000__ for loss of enjoyment of life

$ __50,000__ for mental and emotional suffering and distress

$ __0__ for impairment to the marriage

$ __64,000__ TOTAL Compensation

7. Without any deduction for percentages in Number 5 (if any), what is the total amount of damages Plaintiff Sandra Mages has proven to you by a preponderance of the evidence she has suffered as a result of the accident?

$ __9,000__ for pain and suffering

$ __3,000__ for loss of enjoyment of life

$ __50,000__ for mental and emotional distress and suffering

$ __—__ for impairment to the marriage

$ __62,000__ TOTAL Compensation

*Special Verdict Form – Page 2*

## PUNITIVE DAMAGES

8.  Have Plaintiffs proven by clear and convincing evidence that Defendant Picard Corporation acted with actual malice in causing the accident thereby justifying an award of punitive damages against Defendant?

Yes _____   No _✗_

**PLEASE SIGN AND DATE THE SPECIAL VERDICT FORM AND INFORM THE BAILIFF THAT YOU HAVE REACHED YOUR VERDICT.**

Dated: October 27th, 2023.

_____
JURY FOREPERSON