UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LYLE AND SANDRA MAGES,<br><br>Plaintiff,<br><br>vs.<br><br>PICARD CORPORATION, INC.,<br><br>Defendant. | Case No. CV-22-2 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

__X__   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED Judgment is entered in favor of both plaintiffs Lyle Mages and Sandra Mages and against defendant Picard Corporation, Inc. Compensation is awarded in the amount of $64,000 to Lyle Mages and $62,000 to Sandra Mages.

  Dated this 8th day of November, 2023.

TYLER P. GILMAN, CLERK

By: /s/ E.Hamnes
E.Hamnes, Deputy Clerk